KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

JULIE A. ARBUCKLE (CASBN 193425)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7210
   Fax: (415) 436-7234
   Email: julie.arbuckle@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>JOSE MEDINA-GONZALES, aka JOSE OCHOA,<br>    Defendant. | CR No. 06-0814 MHP<br><br>**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

    To the Honorable James Larson, United States Magistrate Judge for the United States District Court for the Northern District of California:

    The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner Jose Medina-Gonzales, aka Jose Ochoa. The prisoner is required to appear for his initial appearance and arraignment in the above-referenced matter on February 5, 2007 at 9:30 a.m. before the Honorable Maria-Elena James in Courtroom B of the above-referenced court, located at 450 Golden Gate Avenue, 15th Floor, San Francisco,

//
//
//

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM - CR No. 06-0814 MHP

1  California, 94102.  His place of custody and jailor are set forth in the following writ.

3  DATED:  January 29, 2007                    Respectfully submitted,

4                                              KEVIN V. RYAN
                                               United States Attorney

7                                                       /s/
                                               JULIE A. ARBUCKLE
                                               Assistant United States Attorney

9  IT IS SO ORDERED.

11  DATED: January 30, 2007

                                               _____
                                               HON. ...
                                               United States ...

*IT IS SO ORDERED*
*Judge James Larson*

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM - CR No. 06-0814 MHP

2

|    |    |
|----|----|
| 1  | **THE PRESIDENT OF THE UNITED STATES OF AMERICA** |
| 2  | To: Federico Rocha, United States Marshal for the Northern District of California; any of his |
| 3  | authorized deputies; and the Jailor, Warden, or Sheriff of the Napa County Jail, 1125 Third |
| 4  | Street, Napa, CA 94559. |
| 5  |    |
| 6  | **GREETINGS** |
| 7  | The prisoner, Jose Medina-Gonzales, aka Jose Ochoa, Booking #199600528, is in |
| 8  | custody in the above-referenced institution. He is required to appear on February 5, 2007 at 9:30 |
| 9  | a.m. on criminal charges now pending against him in the United States District Court for the |
| 10 | Northern District of California, 450 Golden Gate Avenue, 15th Floor, Courtroom B, San |
| 11 | Francisco, California 94102. Accordingly, |
| 12 | WE COMMAND that you produce the prisoner before the Honorable Maria-Elena James |
| 13 | in Courtroom B of the above-referenced court on February 5, 2007 at 9:30 a.m. You shall |
| 14 | produce the prisoner at all times necessary until the termination of the proceedings in this Court. |
| 15 | Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide |
| 16 | by whatever further order the Court may make concerning his custody. |
| 17 | WE FURTHER COMMAND that if the prisoner is to be released from custody in the |
| 18 | above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States |
| 19 | Marshal or any of his authorized deputies pursuant to this writ. |
| 20 | WITNESS the Honorable James Larson, United States Magistrate Judge of the United |
| 21 | States District Court for the Northern District of California. |
| 22 |    |
| 23 | DATED: January 30, 2007     CLERK |
| 24 | UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA |
| 25 | Venice E. Thomas |
| 26 | DEPUTY CLERK |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM - CR No. 06-0814 MHP

3