1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  JULIE A. ARBUCKLE (CSBN 193425)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7102
7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

**FILED**

FEB 09 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 06-0814 MHP |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |
| v. | |
| JOSE MEDINA-GONZALES, aka JOSE OCHOA, | |
| Defendant. | |

On February 5, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from February 5, 2007 to February 9, 2007 for effective preparation of counsel, in that defense counsel required adequate time to obtain additional information relevant to the United States' request that Defendant Jose Medina-Gonzales remain in custody. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the

1  public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).
2  SO STIPULATED:

                                KEVIN V. RYAN
                                United States Attorney

DATED: February 6, 2007         /s/
                                JULIE A. ARBUCKLE
                                Assistant United States Attorney

DATED: February 7, 2007         /s/
                                STEVEN KOENINGER
                                Attorney for Defendant Jose Medina-Gonzales

   As the Court found on February 5, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from February 5, 2007 to February 9, 2007 for effective preparation of defense counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 2/9/07

                                Maria-Elena James
                                United States Magistrate Judge