**FILED**

FEB 13 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  JULIE A. ARBUCKLE (CSBN 193425)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7102
7  Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,          ) CR No. 06-0814 MHP
                                        )
15 |          Plaintiff,                 ) STIPULATION AND [PROPOSED] ORDER
                                        ) EXCLUDING TIME
16 |     v.                              )
                                        )
17 | JOSE MEDINA-GONZALES, aka JOSE     )
   | OCHOA,                             )
18 |                                     )
             Defendant.                  )
19

20

21   On February 9, 2007, the parties in this case appeared before the Court and stipulated that
22 time should be excluded from the Speedy Trial Act calculations from February 9, 2007 to
23 February 26, 2007 for effective preparation of counsel, in that both parties' counsel required
24 adequate time to produce and review discovery and to obtain information relevant to whether
25 there will be a change of plea in this case. The parties represented that granting the continuance
26 was the reasonable time necessary for effective preparation of counsel, taking into account the
27 exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the
28 ends of justice served by granting such a continuance outweighed the best interests of the public

Stipulation and [Proposed] Order Excluding Time - CR 06-0814 MHP                              1

1  and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).
2  SO STIPULATED:
3
4                                          KEVIN V. RYAN
                                           United States Attorney
5
   DATED: February 12, 2007                        /s/
6                                          JULIE A. ARBUCKLE
                                           Assistant United States Attorney
7
8  DATED: February 12, 2007                        /s/
                                           STEVEN KOENINGER
9                                          Attorney for Defendant Jose Medina-Gonzales
10
11     As the Court found on February 9, 2007, and for the reasons stated above, the Court finds
12 that the ends of justice served by the continuance outweigh the best interests of the public and the
13 defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
14 calculations from February 9, 2007 to February 26, 2007 for effective preparation of counsel.
15 See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny
16 counsel reasonable time necessary for effective preparation, taking into account the exercise of
17 due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).
18
   SO ORDERED.
19
20 DATED: 2-13-07
21                                         Maria-Elena James
                                           United States Magistrate Judge
22

1  and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

2  SO STIPULATED:

                                           KEVIN V. RYAN
                                           United States Attorney

   DATED: February 12, 2007                        /s/
                                           JULIE A. ARBUCKLE
                                           Assistant United States Attorney

   DATED: February 12, 2007                        /s/
                                           STEVEN KOENINGER
                                           Attorney for Defendant Jose Medina-Gonzales

11     As the Court found on February 9, 2007, and for the reasons stated above, the Court finds
that the ends of justice served by the continuance outweigh the best interests of the public and the
defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
calculations from February 9, 2007 to February 26, 2007 for effective preparation of counsel.
See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny
counsel reasonable time necessary for effective preparation, taking into account the exercise of
due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 2-13-07

                                           Maria-Elena James
                                           United States Magistrate Judge