SCOTT N. SCHOOLS (SCBN 9990)
Interim United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

JULIE A. ARBUCKLE (CSBN 193425)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7102
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 06-0814 MHP |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
|    v. ) | |
| JOSE MEDINA-GONZALES, aka JOSE OCHOA, ) | |
|    Defendant. ) | |

   On February 26, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from February 26, 2007 to April 2, 2007 for effective preparation of counsel in that both parties' counsel required adequate time to negotiate and prepare a plea agreement, and to obtain and review a criminal history report from U.S. Probation, and for the Court's consideration of the plea agreement once it is submitted. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a

1  continuance outweighed the best interests of the public and the defendant in a speedy trial.  <u>See</u>
2  18 U.S.C. § 3161(h)(8)(A).
3  SO STIPULATED:

                                                            SCOTT N. SCHOOLS
                                                            United States Attorney

DATED: February 28, 2007                      _____/s/_____
                                                            JULIE A. ARBUCKLE
                                                            Assistant United States Attorney


DATED: February 28, 2007                      _____/s/_____
                                                            STEVEN KOENINGER
                                                            Attorney for Defendant Jose Medina-Gonzales


    As the Court found on February 26, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from February 26, 2007 to April 2, 2007 for effective preparation of counsel, and the Court's consideration of the plea agreement once it is submitted.  <u>See</u> 18 U.S.C. §3161(h).  The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  <u>See</u> 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 3/5/2007                                      _____
                                                            Marilyn Hall Patel
                                                            United States District Judge

*IT IS SO ORDERED* — Judge Marilyn H. Patel — United States District Court, Northern District of California